# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PREMIUM TRANSPORTATION STAFFING, INC. | : | No. 684 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| ROBERT WELKER (WORKERS' COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ROBERT WELKER | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 26th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.